## No. 7644.

### WILLIAM DURBRIDGE VS. JOB SMITH.

Where there is nothing in any of the pleadings shewing what is the amount in controversy, and an affidavit was made and filed in the lower court two weeks after it had lost jurisdiction of the cause by the filing of the appeal bond, setting forth that the amount involved is sufficient to give this court jurisdiction, the appeal will be dismissed.

APPEAL from the Fifth District Court of New Orleans.    ROGERS, J.

*Foley* for Plaintiff.    *Bartlette* for Defendant Appellant.

MANNING, C. J., delivered the opinion.